# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIANO LEMOS MEJIA,<br><br>  Petitioner,<br><br>  v.<br><br>SYLVIA GARCIA, Warden,<br><br>  Respondent.<br>_____/ | CV F  03-5489 REC DLB HC<br><br>ORDER DIRECTING RESPONDENT TO SUBMIT SUPPLEMENTAL BRIEFING AS TO CLAIM FOUR RAISED IN THE PETITION |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant petition for writ of habeas corpus is ready for review on the merits. In Claim Four of the Petition, Petitioner contends that the trial court erred in instructing the jury with the prior version of CALJIC 2.50.01.

After Respondent submitted its answer in this case, the Ninth Circuit issued its opinion in Gibson v. Ortiz, 387 F.3d 812 (9th Cir. 2004), which appears to deal with the same claim raised in the instant petition. Therefore, by this order, the Court will direct Respondent to submit supplemental briefing addressing the application, if any, of the Gibson opinion.

///
///
///
///

Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days from the date of service of this order, Respondent shall submit supplemental briefing.

IT IS SO ORDERED.

**Dated:**    **July 14, 2005**　　　　　　　　　　/s/ **Dennis L. Beck**
3b142a　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE