# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VICTORIANO LEMOS MEJIA, | ) | CV F   03-5489 REC DLB HC |
| Petitioner, | ) | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH COURT ORDER |
| v. | ) | |
| SYLVIA GARCIA, Warden, | ) | [Doc. 18] |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 14, 2005, the Court directed Respondent to submit supplemental briefing in light of the Ninth Circuit Court of Appeal's decision in <u>Gibson v. Ortiz</u>, 387 F.3d 812 (9th Cir. 2004), within thirty days from the date of service of that order. Over thirty days have passed and Respondent has failed to submit its briefing.

Local Rule 11-110 provides that "a failure of counsel or of a party to comply with these Local Rules or with any order of the Court may be grounds for the imposition by the Court of any and all sanctions . . . within the inherent power of the Court."

///
///
///
///

1

1  Accordingly, it is HEREBY ORDERED within fifteen (15) days of service of this order,
2  Respondent shall SHOW CAUSE why appropriate sanctions should not be imposed for failing to
3  obey a court order.
4  IT IS SO ORDERED.
5  Dated:   August 23, 2005                        /s/ Dennis L. Beck
   3b142a                                       UNITED STATES MAGISTRATE JUDGE