UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINO LEMOS MEJIA,<br><br>            Petitioner,<br><br>    v.<br><br>SYLVIA GARCIA, Warden,<br><br>            Respondent.<br>_____ / | CV F   03-5489 REC DLB HC<br><br>ORDER REGARDING CLARIFICATION OF RECORD |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant petition is ready for review on the merits.  Respondent filed an answer to the petition on February 13, 2004, and Petitioner filed a traverse on September 1, 2004.  Pursuant to this Court's order of July 14, 2005, Respondent submitted supplemental briefing on November 4, 2005.

In reviewing the record and briefing in this case, it is unclear to the Court the charges of which Petitioner was convicted.  In its initial answer to the petition, Respondent indicates that Petitioner was convicted of "four counts of rape by force or fear, two counts of kidnaping, two counts of assault with a firearm, and one count of assault with a deadly weapon."  (Court Doc. 11, at 1.)

In its supplemental answer to the petition, Respondent states that Petitioner was convicted of two counts of forcible rape.  (Court Doc. 25, at 2.)

1

1  The Court of Appeal's opinion of February 26, 2002, indicates that Petitioner, among other things, was convicted of five counts of forcible rape.[1]  (Opinion, at 1-2.)

The abstract of judgment indicates that Petitioner, among other things, was convicted of five counts of forcible rape.  (CT 292-293.)

Because it is unclear the charges of which Petitioner was convicted, Respondent shall, within **twenty (20)** days from the date of service of this order, submit a response to this order clarifying each of the charges of which Petitioner was convicted.

IT IS SO ORDERED.

Dated:   **December 19, 2005**         /s/ Dennis L. Beck
3b142a                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court of Appeal indicated that an information was filed on March 25, 1999, charging Petitioner with the following: counts 1, 2, 8, 11 and 12, five counts of forcible rape; count 3, assault with a deadly weapon; counts 4 and 5, assault with a firearm; counts 6 and 7, kidnaping; count 9, penetration with a foreign object; and count 10, forcible oral copulation.  (Opinion, at 1-2.)
   The Clerk's Transcripts submitted to this Court does not contain a copy of an information filed on March 25, 1999.