UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIANO LEMOS MEJIA,<br><br>           Petitioner,<br><br>     v.<br><br>SYLVIA GARCIA, Warden,<br><br>           Respondent.<br>_____/ | CV F   03-5489 REC DLB HC<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE NAME OF RESPONDENT<br><br>[Doc. 34] |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   On June 8, 2006, Petitioner filed a request to change the name of the Respondent in this action because he has been transferred to California State Prison, Corcoran, and the Warden is Derral G. Adams and the Director of the California Department of Corrections is Jeanne S. Woodford.  (Court Doc. 34.)  Because of Petitioner's transfer, the Court will direct the Clerk of Court to change the Respondent in this action.

   Accordingly, it is HEREBY ORDERED that the Clerk of Court shall change the name of the Respondent in this action to Derral G. Adams and Jeanne S. Woodford.


   IT IS SO ORDERED.

   Dated:   July 5, 2006                    /s/ Dennis L. Beck
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE

1