UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINO LEMOS MEJIA,   )<br>            )<br>    Petitioner,   )<br>            )<br>    v.        )<br>            )<br>SILVIA GARCIA,      )<br>            )<br>    Respondent.   )<br>_____)  | 1:03-CV-5489 OWW DLB HC<br><br>ORDER GRANTING EXTENSION OF<br>TIME TO FILE NOTICE OF APPEAL<br><br>[Doc. 33] |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.[1]

On February 24, 2006, the undersigned issued Findings and Recommendations recommending that the instant petition be GRANTED, based on Petitioner's claim that the jury was given an unconstitutional instruction. On May 10, 2006, the Honorable Robert E. Coyle adopted the Findings and Recommendations in part, granting the petition with respect to Petitioner's convictions of five counts of rape by force or fear based on the trial court's use of jury instructions CALJIC 2.50.01 and 2.50.1, subject to the State's right to retry Petitioner, and the remaining claims raised in the petition were denied. The state was directed to inform the Court within ninety days from the date of service whether it intended to retry Petitioner on the five counts of rape. (Court Doc. 31.)

---

[1] On June 2, 2006, this action was reassigned to Judge Oliver W. Wanger for all further proceedings due to the senior status of Judge Robert E. Coyle. (Court Doc. 32.)

On June 8, 2006, Petitioner filed an extension of time to file a notice of appeal. (Court Doc. 33.)

A notice of appeal must be filed by the district clerk within 30 days after the judgment or order appealed from is entered. See FRAP 4(a)(1)(A). However, the district court may extend time to file a notice of appeal if a party moves no later than 30 days after the time for filing a notice of appeal expires, and the party shows excusable neglect or good cause. See FRAP 4(a)(5)(A)(i).

In his motion to extend time, Petitioner shows good cause for the extension, citing lack of access to the prison law library over which he has no control. Accordingly, good cause having been presented to the court, and GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Petitioner's motion to extend time to file the appeal is GRANTED until thirty days from the date of service of this order.

IT IS SO ORDERED.

**Dated:   July 5, 2006**              **/s/ Dennis L. Beck**
ah0l4d                                                        UNITED STATES MAGISTRATE JUDGE