# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIANO LEMOS MEJIA,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SYLVIA GARCIA, Warden,<br><br>　　　　　Respondent.<br>_____/ | CV F   03-5489 OWW DLB HC<br>Appeal No. 06-16460<br><br>ORDER DISREGARDING PETITIONER'S<br>MOTION FOR INQUIRY<br><br>[Doc. 46] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　On May 10, 2006, Petitioner's petition for writ of habeas corpus was granted in part and denied in part.  (Court Doc. 31.)  On August 8, 2006, the Court denied Petitioner's request for a certificate of appealability.  (Court Doc. 43.)  The case is currently on appeal at the United States Court of Appeals for the Ninth Circuit, case number 06-16460.

　　　　On August 14, 2006, Petitioner filed a "motion for inquiry."  (Court Doc. 46.)  In his motion, Petitioner states that since it is the People's intent to retry Petitioner on the overturned convictions, "it appears futile to waste the time and money to continue on and seek relief on the remaining counts."  (Motion, at 2.)

　　　　Because the case is currently at appeal at the Ninth Circuit, if Petitioner wishes to dismiss or not further pursue his appeal, he should file such statement with the United States Court of Appeals for the Ninth Circuit.

1

1  Accordingly, Petitioner's motion for inquiry, filed August 14, 2006, shall be
2 DISREGARDED.
3   IT IS SO ORDERED.
4 **Dated:   September 22, 2006**          **/s/ Oliver W. Wanger**
   emm0d6                                  UNITED STATES DISTRICT JUDGE