# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIANO LEMOS MEJIA, | CV F   03-5489 LJO DLB HC |
| Petitioner, | ORDER GRANTING PETITIONER'S MOTION FOR RECONSIDERATION AND MODIFYING COURT'S MAY 27, 2009 ORDER (Court Document No. 61) |
| v. | |
| SYLVIA GARCIA, Warden, | [Doc. 62] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Now pending before the Court is Petitioner's motion for reconsideration of the Order filed May 27, 2009.  Petitioner requests that the Court direct the State to actually reinstate criminal proceedings in the state court within a certain specified period of time, and not merely inform the Court of its intent to retry Petitioner.  Petitioner's request shall be granted.

The Court's Order filed May 27, 2009, is hereby modified as follows:

1. The State shall reinstate (re-arraign) Mr. Mejia within thirty (30) days on the reversed counts (with all rights to a speedy trial and appointment of counsel);

2. Failure to reinstate the state criminal proceedings within the thirty (30) day time frame will result in all reversed counts being DISMISSED; and

3. All other provisions of the Court's May 27, 2009, remain valid.

IT IS SO ORDERED.

Dated:   June 2, 2009                        /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE